UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:15-CV-24308-JAL

JOSEPH LUIS DE JESUS JR and all others )
similarly situated under 29 U.S.C. 216(b), )
)
        Plaintiff, )
vs. )
)
YACHTING PROMOTIONS, INC., )
ROBERT COREAS, )
)
        Defendants. )
_____ )

### PLAINTIFF'S STATEMENT OF CLAIM

COMES NOW Plaintiff, by and through the undersigned attorney, pursuant to the Court's Order entered on December 7, 2015 [DE 10] and, and files this Statement of Claim, and in support thereof states as follows:

**A. Federal Overtime Wage Claim:**

1. Period Claimed: November 24, 2013 through on or about November 9, 2015

    a.    Weeks: 102

    b.    Hours (worked per week): 60

    c.    Overtime hours claimed per week: 20

    d.    Applicable half-time overtime wage: $7.75/hr

    e.    Amount owed: $7.75/hr x 20 hrs/week x 102 weeks = $15,810

Liquidated Damages: $15,810 x 2 = $31,620 plus attorney's fees and costs.

Respectfully submitted this 28th day of December, 2015.

        J.H. Zidell, P.A.
        300 71st Street, Suite 605
        Miami Beach, Florida 33141
        Tel: (305) 865-6766
        Fax: (305) 865-7167
        *Attorneys for Plaintiff*

        s/ Stephen M. Fox Jr
        Stephen Michael Fox Jr
        Florida Bar No.: 0110359
        Email: stephen.fox.esq@gmail.com

## CERTIFICATE OF SERVICE

  I hereby certify that as of December 28th, 2015 that this matter has been filed with the ECF system for the United States District Court for the Southern District of Florida, and that I am unaware of any Defendants having retained counsel or otherwise entering an appearance in this matter.

                J.H. Zidell, P.A.
                *Attorneys for Plaintiff*
                300 71st Street, Suite 605
                Miami Beach, Florida 33141
                Tel: (305) 865-6766
                Fax: (305) 865-7167

                By: /s/ Stephen M. Fox Jr
                Stephen Michael Fox Jr
                Florida Bar No.: 0110359