UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 15-24308-CIV-LENARD/GOODMAN

JOSEPH LUIS DE JESUS JR, and all others )
similarly situated under 29 U.S.C. 216(b), )
                                                    )
       Plaintiff, )
                                                    )
V. )
                                                    )
YACHTING PROMOTIONS, INC., )
ROBERT COREAS, )
                                                    )
       Defendants. )
                                                    )
_____

**DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME
TO SERVE DOCUMENTS IN SUPPORT OF DEFENDANTS'
RESPONSE TO PLAINTIFF'S STATEMENT OF CLAIM**

      Defendants, YACHTING PROMOTIONS, INC. and ROBERT CORREA[1] (collectively "Defendants"), by and through their undersigned counsel and pursuant to this Court's *Notice of Court Procedure in Actions Brought Under the Fair Labor Standards Act* ("Court's Notice") (D.E. 10, ¶2) hereby move this Court pursuant to Local Rule 7.1 for an Order extending the time for Defendants to serve documents in support of Defendants' Response to Plaintiff's Statement of Claim, and state as follows:

**I.     INTRODUCTION**

      On December 7, 2015, this Court entered its *Notice of Court Procedure in Actions Brought Under the Fair Labor Standards Act* (D.E. 10) requiring Joseph Luis De Jesus, Jr. ("Plaintiff") to file a Statement of Claim setting forth "(a) [a]n initial estimate of the total amount of alleged unpaid wages; (b) [a] preliminary calculation of such wages; (c) [t]he approximate

---

[1] Robert Correa incorrectly is identified by Plaintiff as "Robert Coreas."

period during which the alleged violations occurred; and (d) [t]he nature of the wages (e.g. overtime or straight time." (D.E. 10, ¶1(a)-(d)).  Plaintiff filed his Statement of Claim on December 28, 2015 (D.E. 14).  Defendants' Response to Plaintiff's Statement of Claim is due to be filed and supporting documents served on January 19, 2016.

Since receipt of Plaintiff's Statement of Claim, Defendants have worked to gather the documents in support of Defendants' Response to Plaintiff's Statement of Claim.  However, despite Defendants' best efforts due to the holidays and resulting office closures, they have been unable to gather the supporting documents needed within the time provided for by the Court's Notice.  Defendants, simultaneously to the instant motion, are filing Defendants' Response to Plaintiff's Statement of Claim.  Defendants request a brief extension of time of ten (10) days within which to produce the documents in support of Defendants' Response to Plaintiff's Statement of Claim, up to and including January 29, 2016.

## II.     LEGAL ARGUMENT

Under Fed. R. Civ. P. 16, it is within the Court's discretion and authority to modify deadlines as necessary to protect the parties.  Here, Defendants have acted in good faith to obtain the documents required by the Court's Notice, but due to the holidays and resulting office closures and lessened business days, Defendants require additional time to produce the supporting documents.  The time requested will not prejudice Plaintiff, who does not object to the requested extension.

## III.    CONCLUSION

Based on the foregoing, Defendants respectfully request that the Court enter an order extending the time for Defendants to serve documents in support of Defendants' Response to Plaintiff's Statement of Claim and grant Defendants any other relief to which the Court deems

just and proper.

A proposed Order is being submitted in compliance with Local Rule 7.1(a)(2).

## LOCAL RULE 7.1 CERTIFICATE OF CONFERRAL

Pursuant to Local Rule 7.1(a)(3), counsel for Defendants has conferred in good faith with counsel for Plaintiff, Elizabeth O. Hueber, and Plaintiff does not oppose the relief requested herein.

Dated this 19th day of January, 2016.

                Respectfully submitted,

                */s/Kevin D. Zwetsch*
                WILLIAM E. GROB
                Florida Bar Number 0463124
                E-mail: william.grob@ogletreedeakins.com
                KEVIN D. ZWETSCH
                Florida Bar Number 0962260
                E-mail: kevin.zwetsch@ogletreedeakins.com
                INA F. CRAWFORD
                Florida Bar Number 117663
                E-mail: ina.crawford@ogletreedeakins.com

                OGLETREE, DEAKINS, NASH, SMOAK
                   & STEWART, P.C.

                100 North Tampa Street, Suite 3600
                Tampa, Florida  33602
                Telephone:  813.289.1247
                Facsimile: 813.289.6530

                ATTORNEYS FOR DEFENDANTS
                YACHTING PROMOTIONS, INC. AND
                ROBERT CORREA

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on January 19, 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/Kevin D. Zwetsch
Attorney

**SERVICE LIST**

J.H. Zidell
Stephen M. Fox, Jr.
Elizabeth O. Hueber
J.H. ZIDELL, P.A.
300 71st Street, Suite 605
Miami Beach, Florida  33141
E-mail: zabogado@aol.com
E-mail: stephen.fox.esq@gmail.com
E-mail: elizabeth.hueber.esq@gmail.com
(Counsel for Plaintiff)