UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 15-24308-CIV-LENARD/GOODMAN

| | |
|---|---|
| JOSEPH LUIS DE JESUS JR, and all others similarly situated under 29 U.S.C. 216(b), | ) ) ) |
| Plaintiff, | ) ) |
| V. | ) ) |
| YACHTING PROMOTIONS, INC., ROBERT COREAS, | ) ) ) |
| Defendants. | ) ) |

**DEFENDANTS' MOTION TO TRANSFER ACTION TO DISTRICT JUDGE
ROBERT N. SCOLA, JR. AND SUPPORTING MEMORANDUM OF LAW**

Defendants, YACHTING PROMOTIONS, INC. and ROBERT CORREA[1], move to transfer this Fair Labor Standards Act ("FLSA") action to United States District Judge Robert N. Scola, Jr. ("Judge Scola"). Judge Scola recently granted final summary judgment to Defendant Yachting Promotions in a substantially similar case involving the same employer/defendant, the same counsel for Plaintiff, the same counsel for the employer/defendant, and the same lawful pay practice alleged to be at issue in this action -- fluctuating work week method of overtime. As further grounds, Defendants state:

**MEMORANDUM OF LAW**

The Internal Operating Procedures of the United States District Court for the Southern District of Florida, IOP 2.15.00, states as follows:

> Whenever an action or proceeding is filed in the Court which involves subject matter which is a material part of the subject matter of another action or proceeding then pending before this Court, or for other reasons the disposition

---
[1] Robert Correa incorrectly is identified by Plaintiff as "Robert Coreas."

thereof would appear to entail the unnecessary duplication of judicial labor if heard by a different Judge, the Judges involved shall determine whether the newly filed action or proceeding shall be transferred to the Judge to whom the earlier filed action or proceeding is assigned.

Joseph Luis De Jesus, Jr. ("Plaintiff") filed his Complaint on November 20, 2015. Plaintiff alleges unpaid overtime and retaliation under the FLSA. Plaintiff's former co-worker, Danilo Lopez Garcia, represented by the same law firm as Plaintiff, filed a complaint on February 24, 2015, against Defendant Yachting Promotions alleging essentially the same facts and claims for alleged unpaid overtime. That case is styled *Garcia v. Yachting Promotions, Inc.*, Civil Action No. 15-20776-Civ-Scola and was assigned to Judge Robert N. Scola, Jr. Judge Scola granted summary judgment for the employer/defendant on December 8, 2015. *See* Summary Judgment order attached as Exhibit A.

This case and the *Garcia v. Yachting Promotions, Inc.* matter were pending at the same time in this Court. Both cases involve the same legal question concerning the fluctuating workweek method for paying overtime. While the instant case adds a claim of alleged FLSA retaliation, the entire case still stems from the fluctuating work week method, already found legal by Judge Scola in the *Garcia* case. Since the main question in the retaliation claim is whether the plaintiff engaged in "protected activity" or "opposition" to any practice allegedly made unlawful by the FLSA, it again boils down to the question of whether the payment method used and applied to both plaintiffs violated the FLSA. Judge Scola already has determined as a matter of law that the pay method at issue was lawful in the *Garcia* case.

Should the Court determine that transferring this action to District Judge Scola would eliminate unnecessary duplication of judicial labor and comply with IOP 2.15.00, Defendants respectfully request a transfer for the reasons cited above.

WHEREFORE, Defendants respectfully request that the Court grant this motion and transfer this action to the Honorable Robert N. Scola, Jr.

## LOCAL RULE 7.1 CERTIFICATE OF CONFERRAL

Pursuant to Local Rule 7.1(a)(3), counsel for Defendants attempted to confer with counsel for Plaintiff, Elizabeth Hueber; first on January 20, 2016 by e-mail, and again on January 25, 2016 by e-mail and telephone. Plaintiff has not yet responded to indicate his position on this motion.

Dated this 25th day of January, 2016.

Respectfully submitted,

*/s/Kevin D. Zwetsch*
WILLIAM E. GROB
Florida Bar Number 0463124
E-mail: william.grob@ogletreedeakins.com
KEVIN D. ZWETSCH
Florida Bar Number 0962260
E-mail: kevin.zwetsch@ogletreedeakins.com
INA F. CRAWFORD
Florida Bar Number 117663
E-mail: ina.crawford@ogletreedeakins.com

OGLETREE, DEAKINS, NASH, SMOAK
  & STEWART, P.C.

100 North Tampa Street, Suite 3600
Tampa, Florida  33602
Telephone:  813.289.1247
Facsimile: 813.289.6530

ATTORNEYS FOR DEFENDANTS
YACHTING PROMOTIONS, INC. AND
ROBERT CORREA

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 25, 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/*Kevin D. Zwetsch*
Attorney

## SERVICE LIST

J.H. Zidell
Stephen M. Fox, Jr.
Elizabeth O. Hueber
J.H. ZIDELL, P.A.
300 71st Street, Suite 605
Miami Beach, Florida  33141
E-mail: zabogado@aol.com
E-mail: stephen.fox.esq@gmail.com
E-mail: elizabeth.hueber.esq@gmail.com
(Counsel for Plaintiff)

23443022.1