UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 15-24308-CIV-LENARD/GOODMAN

JOSEPH LUIS DE JESUS JR.,

    Plaintiff,

v.

YACHTING PROMOTIONS,
INC., et al.,

    Defendants.
_____/

### ORDER GRANTING MOTION FOR PROTECTIVE ORDER

United States District Judge Joan A. Lenard referred [ECF No. 31] to the Undersigned Plaintiff's Motion for Protective Order [ECF No. 30]. Plaintiff seeks to postpone the scheduled deposition of Plaintiff until after the scheduled settlement conference before the Undersigned on March 31, 2016. [*Id.*]. Defendant opposes the motion. [ECF No. 32]. Plaintiff filed a reply memorandum in support. [ECF No. 35].

The Undersigned **grants** Plaintiff's motion pursuant to Federal Rule of Civil Procedure 26(c). "The court may, for good cause, issue an order to protect a party or person from annoyance, embarrassment, oppression, or undue burden or expense[.]" Fed. R. Civ. P. 26(c). Good cause exists here to postpone the deposition until after the scheduled settlement conference because one of the advantages of early mediation in a Fair Labor Standards Act case is to reach a settlement in the matter before significant

attorney's fees and costs have been incurred by both sides. Proceeding with Plaintiff's deposition at this stage may undermine that objective. Furthermore, if the case does not settle on March 31, 2016, then there is still ample time to take Plaintiff's deposition before the close of discovery (a scheduling order has not even been entered yet, so presently there is no discovery cutoff).

Accordingly, the Undersigned **grants** Plaintiff's motion. The deposition of Plaintiff shall occur at a time agreed upon by both parties to occur within 20 days of the settlement conference or a joint scheduling report, whichever is later.

**DONE AND ORDERED** in Chambers, at Miami, Florida, March 23, 2016.

_____
Jonathan Goodman
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
The Honorable Joan A. Lenard
All counsel of record