# EXHIBIT H

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

CASE NO. 15-24308-CIV-LENARD/GOODMAN

JOSEPH LUIS DE JESUS JR, and all others    )
similarly situated under 29 U.S.C. 216(b),    )
                                               )
     Plaintiff,                         )
                                               )
v.                                             )
                                               )
YACHTING PROMOTIONS, INC., and                 )
ROBERT COREAS,                                 )
                                               )
     Defendants.                        )
_____       )

**DEFENDANT YACHTING PROMOTION INC.'S VERIFIED SUMMARY**

    I declare under penalty of perjury under the laws of the United States of America that the document attached hereto as Exhibit 1 is a true and correct summary from business records (DEF000001-000055) of the number of hours worked, rates of pay, and amounts paid to Joseph Luis de Jesus, Jr. during the time periods indicated to the best of my personal knowledge.

    Dated this 11th day of November, 2016.

                  YACHTING PROMOTIONS, INC.

                  By: Ana Moya
                  Its: Payroll Accountant

27030276.1

# EXHIBIT 1

## JOSEPH LUIS DE JESUS JR. v. YACHTING PROMOTIONS, INC. and ROBERT CORREA
## U.S. DISTRICT COURT, SOUTHERN DISTRICT OF FLORIDA CASE NO. 15-24308-CIV-LENARD/GOODMAN
### VERIFIED SUMMARY OF PAYMENT OF SALARY IN WEEKS OF LESS THAN 40 HOURS OF WORK

| PERIOD ENDING | DAY | DATE | IN | OUT | IN | OUT | REG. HOURS | OT HOURS | DATE PAID | SALARY | AVG. HOURLY RATE | HALF-TIME RATE | OT HRS. PAID | OT AMT. PAID | TOTAL AMT. PAID |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | MON | 12/16/13 | 7:46 | 12:21 | 12:54 | 16:34 | 8.25 | | | | | | | | |
| | TUE | 12/17/13 | | | | | 0.00 | | | | | | | | |
| | WED | 12/18/13 | 7:47 | 12:00 | 12:30 | 16:30 | 8.22 | | | | | | | | |
| | THU | 12/19/13 | 8:27 | 12:05 | 12:33 | 16:30 | 7.58 | | | | | | | | |
| 12/22/13 | FRI | 12/20/13 | 7:43 | 12:00 | | | 4.28 | | 12/27/13 | $620.00 | $21.88 | $10.94 | 0.00 | $0.00 | $620.00 |
| | SAT | 12/21/13 | | | | | 0.00 | | | | | | | | |
| | SUN | 12/22/13 | | | | | 0.00 | | | | | | | | |
| | PERIOD TOTAL | | | | | | 28.33 | 0.00 | | | | | | | |
| | MON | 2/24/14 | 8:01 | 12:28 | | | 4.45 | | | | | | | | |
| | TUE | 2/25/14 | 7:50 | 12:26 | 13:00 | 16:53 | 8.48 | | | | | | | | |
| | WED | 2/26/14 | 7:53 | 12:06 | 12:38 | 16:55 | 8.50 | | | | | | | | |
| | THU | 2/27/14 | 7:53 | 12:20 | 12:50 | 16:51 | 8.47 | | | | | | | | |
| 3/2/14 | FRI | 2/28/14 | 8:02 | 12:05 | 12:43 | 16:30 | 7.83 | | 3/7/14 | $620.00 | $16.43 | $8.22 | 0.00 | $0.00 | $620.00 |
| | SAT | 3/1/14 | | | | | 0.00 | | | | | | | | |
| | SUN | 3/2/14 | | | | | 0.00 | | | | | | | | |
| | PERIOD TOTAL | | | | | | 37.73 | 0.00 | | | | | | | |
| | MON | 4/14/14 | 8:02 | 12:05 | 12:34 | 16:38 | 8.12 | | | | | | | | |
| | TUE | 4/15/14 | 8:00 | 12:59 | 13:30 | 16:40 | 8.15 | | | | | | | | |
| | WED | 4/16/14 | 7:59 | 12:10 | 12:37 | 16:40 | 8.23 | | | | | | | | |
| | THU | 4/17/14 | 7:42 | 12:00 | 12:30 | 16:47 | 8.58 | | | | | | | | |
| 4/20/14 | FRI | 4/18/14 | 7:42 | 12:07 | | | 4.42 | | 4/25/13 | $620.00 | $16.53 | $8.27 | 0.00 | $0.00 | $620.00 |
| | SAT | 4/19/14 | | | | | 0.00 | | | | | | | | |
| | SUN | 4/20/14 | | | | | 0.00 | | | | | | | | |
| | PERIOD TOTAL | | | | | | 37.50 | 0.00 | | | | | | | |
| | MON | 5/26/14 | | | | | 0.00 | | | | | | | | |
| | TUE | 5/27/14 | 7:03 | 12:17 | 12:38 | 16:47 | 9.38 | | | | | | | | |
| | WED | 5/28/14 | 6:59 | 13:07 | 13:46 | 16:40 | 9.03 | | | | | | | | |
| | THU | 5/29/14 | 7:10 | 12:30 | | 16:30 | 8.83 | | | | | | | | |
| 6/1/14 | FRI | 5/30/14 | 7:08 | 12:22 | 12:58 | 16:32 | 8.80 | | 6/6/14 | $620.00 | $17.20 | $8.60 | 0.00 | $0.00 | $620.00 |
| | SAT | 5/31/14 | | | | | 0.00 | | | | | | | | |
| | SUN | 6/1/14 | | | | | 0.00 | | | | | | | | |
| | PERIOD TOTAL | | | | | | 36.05 | 0.00 | | | | | | | |

| PERIOD ENDING | DAY | DATE | IN | OUT | IN | OUT | REG. HOURS | OT HOURS | DATE PAID | SALARY | AVG. HOURLY RATE | HALF-TIME RATE | OT HRS. PAID | OT AMT. PAID | TOTAL AMT. PAID |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6/8/14 | MON | 6/2/14 | | | | | 0.00 | | | | | | | | |
| | TUE | 6/3/14 | 8:04 | 12:08 | | | 4.07 | | | | | | | | |
| | WED | 6/4/14 | 7:14 | 12:12 | 12:39 | 16:35 | 8.90 | | | | | | | | |
| | THU | 6/5/14 | 7:07 | 13:00 | | 16:34 | 8.93 | | | | | | | | |
| | FRI | 6/6/14 | 7:07 | 12:29 | | 16:34 | 8.57 | | | | | | | | |
| | SAT | 6/7/14 | 7:06 | 12:05 | | 16:05 | 0.00 | | | | | | | | |
| | SUN | 6/8/14 | | | | | 0.00 | | | | | | | | |
| | | | | | PERIOD TOTAL | | 30.47 | 0.00 | 6/13/14 | $620.00 | $20.35 | $10.18 | 0.00 | $0.00 | $620.00 |
| 7/6/14 | MON | 6/30/14 | 8:00 | 12:00 | 12:30 | 16:30 | 8.00 | | | | | | | | |
| | TUE | 7/1/14 | 8:00 | 12:00 | 12:30 | 16:30 | 8.00 | | | | | | | | |
| | WED | 7/2/14 | 8:00 | 12:00 | 12:30 | 16:30 | 8.00 | | | | | | | | |
| | THU | 7/3/14 | 8:00 | 12:00 | 12:30 | 16:30 | 8.00 | | | | | | | | |
| | FRI | 7/4/14 | | | | | 0.00 | | | | | | | | |
| | SAT | 7/5/14 | | | | | 0.00 | | | | | | | | |
| | SUN | 7/6/14 | | | | | 0.00 | | | | | | | | |
| | | | | | PERIOD TOTAL | | 32.00 | 0.00 | 7/11/14 | $620.00 | $19.38 | $9.69 | 0.00 | $0.00 | $620.00 |
| 7/20/14 | MON | 7/14/14 | 6:57 | 12:10 | 12:40 | 16:30 | 9.05 | | | | | | | | |
| | TUE | 7/15/14 | | | | | 0.00 | | | | | | | | |
| | WED | 7/16/14 | 7:08 | 12:01 | 12:39 | 16:35 | 8.82 | | | | | | | | |
| | THU | 7/17/14 | 7:01 | 12:42 | 13:08 | 16:44 | 9.28 | | | | | | | | |
| | FRI | 7/18/14 | 7:06 | 12:58 | 13:39 | 16:35 | 8.80 | | | | | | | | |
| | SAT | 7/19/14 | | | | | 0.00 | | | | | | | | |
| | SUN | 7/20/14 | | | | | 0.00 | | | | | | | | |
| | | | | | PERIOD TOTAL | | 35.95 | 0.00 | 7/25/14 | $620.00 | $17.25 | $8.62 | 0.00 | $0.00 | $620.00 |
| 8/31/14 | MON | 8/25/14 | 7:01 | 12:36 | 13:12 | 16:33 | 8.93 | | | | | | | | |
| | TUE | 8/26/14 | 6:59 | 12:28 | 13:08 | 16:31 | 8.87 | | | | | | | | |
| | WED | 8/27/14 | 6:53 | 12:13 | 12:55 | 16:33 | 8.97 | | | | | | | | |
| | THU | 8/28/14 | | | | | 0.00 | | | | | | | | |
| | FRI | 8/29/14 | | | | | 0.00 | | | | | | | | |
| | SAT | 8/30/14 | | | | | 0.00 | | | | | | | | |
| | SUN | 8/31/14 | | | | | 0.00 | | | | | | | | |
| | | | | | PERIOD TOTAL | | 26.77 | 0.00 | 9/5/14 | $620.00 | $23.16 | $11.58 | 0.00 | $0.00 | $620.00 |

| PERIOD ENDING | DAY | DATE | IN | OUT | IN | OUT | REG. HOURS | OT HOURS | DATE PAID | SALARY | AVG. HOURLY RATE | HALF-TIME RATE | OT HRS. PAID | OT AMT. PAID | TOTAL AMT. PAID |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9/7/14 | MON | 9/1/14 | | | | | 0.00 | | | | | | | | |
| | TUE | 9/2/14 | 7:03 | 12:36 | 13:08 | 15:58 | 8.38 | | | | | | | | |
| | WED | 9/3/14 | 7:07 | 12:08 | 12:43 | 16:37 | 8.92 | | | | | | | | |
| | THU | 9/4/14 | 7:03 | 12:18 | 12:35 | 16:32 | 9.20 | | | | | | | | |
| | FRI | 9/5/14 | 7:00 | 12:19 | 13:04 | 16:30 | 8.75 | | | | | | | | |
| | SAT | 9/6/14 | | | | | 0.00 | | | | | | | | |
| | SUN | 9/7/14 | | | | | 0.00 | | | | | | | | |
| PERIOD TOTAL | | | | | | | 35.25 | 0.00 | 9/12/14 | $620.00 | $17.59 | $8.79 | 0.00 | $0.00 | $620.00 |
| 12/28/14 | MON | 12/22/14 | | | | | 0.00 | | | | | | | | |
| | TUE | 12/23/14 | | | | | 0.00 | | | | | | | | |
| | WED | 12/24/14 | | | | | 0.00 | | | | | | | | |
| | THU | 12/25/14 | | | | | 0.00 | | | | | | | | |
| | FRI | 12/26/14 | | | | | 0.00 | | | | | | | | |
| | SAT | 12/27/14 | | | | | 0.00 | | | | | | | | |
| | SUN | 12/28/14 | | | | | 0.00 | | | | | | | | |
| PERIOD TOTAL | | | | | | | 0.00 | 0.00 | 1/2/15 | $620.00 | N/A | N/A | 0.00 | $0.00 | $620.00 |
| 1/5/15 | MON | 12/29/14 | | | | | 0.00 | | | | | | | | |
| | TUE | 12/30/14 | | | | | 0.00 | | | | | | | | |
| | WED | 12/31/14 | | | | | 0.00 | | | | | | | | |
| | THU | 1/1/15 | | | | | 0.00 | | | | | | | | |
| | FRI | 1/2/15 | 7:15 | 12:00 | 12:30 | 18:00 | 10.25 | | | | | | | | |
| | SAT | 1/3/15 | 5:06 | 12:00 | 12:30 | 17:25 | 11.82 | | | | | | | | |
| | SUN | 1/4/15 | | | | | 0.00 | | | | | | | | |
| PERIOD TOTAL | | | | | | | 22.07 | 0.00 | 1/9/15 | $620.00 | $28.10 | $14.05 | 0.93 | $13.02 | $633.02 |
| 2/1/15 | MON | 1/26/15 | 7:32 | 12:00 | 12:30 | 16:32 | 8.50 | | | | | | | | |
| | TUE | 1/27/15 | 8:01 | 12:06 | 12:49 | 16:33 | 7.82 | | | | | | | | |
| | WED | 1/28/15 | 7:31 | 12:55 | 13:32 | 16:35 | 8.45 | | | | | | | | |
| | THU | 1/29/15 | | | | | 0.00 | | | | | | | | |
| | FRI | 1/30/15 | 7:55 | 12:13 | 12:40 | 16:42 | 8.33 | | | | | | | | |
| | SAT | 1/31/15 | | | | | 0.00 | | | | | | | | |
| | SUN | 2/1/15 | | | | | 0.00 | | | | | | | | |
| PERIOD TOTAL | | | | | | | 33.10 | 0.00 | 2/6/15 | $620.00 | $18.73 | $9.37 | 0.00 | $0.00 | $620.00 |

| PERIOD ENDING | DAY | DATE | IN | OUT | IN | OUT | REG. HOURS | OT HOURS | DATE PAID | SALARY | AVG. HOURLY RATE | HALF-TIME RATE | OT HRS. PAID | OT AMT. PAID | TOTAL AMT. PAID |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4/12/15 | MON | 4/6/15 | | | | | 0.00 | | | | | | | | |
| | TUE | 4/7/15 | 8:00 | 12:10 | 12:51 | 16:31 | 7.83 | | | | | | | | |
| | WED | 4/8/15 | 7:47 | 12:02 | 12:38 | 16:33 | 8.17 | | | | | | | | |
| | THU | 4/9/15 | 8:13 | 13:14 | 13:43 | 16:32 | 7.83 | | | | | | | | |
| | FRI | 4/10/15 | 7:50 | 12:01 | 12:37 | 16:30 | 8.07 | | | | | | | | |
| | SAT | 4/11/15 | | | | | 0.00 | | | | | | | | |
| | SUN | 4/12/15 | | | | | 0.00 | | | | | | | | |
| | | | PERIOD TOTAL | | | | 31.90 | 0.00 | 4/17/15 | $620.00 | $19.44 | $9.72 | 0.00 | $0.00 | $620.00 |
| 6/14/15 | MON | 6/8/15 | | | | | 0.00 | | | | | | | | |
| | TUE | 6/9/15 | | | | | 0.00 | | | | | | | | |
| | WED | 6/10/15 | | | | | 0.00 | | | | | | | | |
| | THU | 6/11/15 | | | | | 0.00 | | | | | | | | |
| | FRI | 6/12/15 | | | | | 0.00 | | | | | | | | |
| | SAT | 6/13/15 | | | | | 0.00 | | | | | | | | |
| | SUN | 6/14/15 | | | | | 0.00 | | | | | | | | |
| | | | PERIOD TOTAL | | | | 0.00 | 0.00 | 6/19/15 | $620.00 | N/A | N/A | 0.00 | $0.00 | $620.00 |
| 6/21/15 | MON | 6/15/15 | 7:35 | 12:07 | 12:38 | 16:30 | 8.40 | | | | | | | | |
| | TUE | 6/16/15 | 7:45 | 12:07 | 12:56 | 16:30 | 7.93 | | | | | | | | |
| | WED | 6/17/15 | 7:52 | 12:27 | 13:10 | 16:31 | 7.93 | | | | | | | | |
| | THU | 6/18/15 | | | | | 0.00 | | | | | | | | |
| | FRI | 6/19/15 | | | | | 0.00 | | | | | | | | |
| | SAT | 6/20/15 | | | | | 0.00 | | | | | | | | |
| | SUN | 6/21/15 | | | | | 0.00 | | | | | | | | |
| | | | PERIOD TOTAL | | | | 24.27 | 0.00 | 6/26/15 | $620.00 | $25.55 | $12.77 | 0.00 | $0.00 | $620.00 |
| 6/28/15 | MON | 6/22/15 | | | | | 0.00 | | | | | | | | |
| | TUE | 6/23/15 | 7:41 | 12:11 | 12:53 | 16:31 | 8.13 | | | | | | | | |
| | WED | 6/24/15 | 8:23 | 12:00 | 12:30 | 16:33 | 7.67 | | | | | | | | |
| | THU | 6/25/15 | 8:09 | 12:03 | 12:32 | 13:02 | 4.40 | | | | | | | | |
| | FRI | 6/26/15 | 7:52 | 13:13 | | | 5.35 | | | | | | | | |
| | SAT | 6/27/15 | | | | | 0.00 | | | | | | | | |
| | SUN | 6/28/15 | 7:58 | 12:00 | 12:30 | 16:39 | 8.18 | | | | | | | | |
| | | | PERIOD TOTAL | | | | 33.73 | 0.00 | 7/2/15 | $620.00 | $18.38 | $9.19 | 0.00 | $0.00 | $620.00 |

| PERIOD ENDING | DAY | DATE | IN | OUT | IN | OUT | REG. HOURS | OT HOURS | DATE PAID | SALARY | AVG. HOURLY RATE | HALF-TIME RATE | OT HRS. PAID | OT AMT. PAID | TOTAL AMT. PAID |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7/5/15 | MON | 6/29/15 | 7:55 | 11:58 | 12:43 | 18:31 | 9.85 | | | | | | | | |
| | TUE | 6/30/15 | 8:03 | 12:14 | 12:43 | 18:31 | 9.98 | | | | | | | | |
| | WED | 7/1/15 | 8:02 | 12:07 | 12:35 | 16:31 | 8.02 | | | | | | | | |
| | THU | 7/2/15 | 7:55 | 12:23 | 12:54 | 15:00 | 6.57 | | | | | | | | |
| | FRI | 7/3/15 | | | | | 0.00 | | | | | | | | |
| | SAT | 7/4/15 | | | | | 0.00 | | | | | | | | |
| | SUN | 7/5/15 | | | | | 0.00 | | | | | | | | |
| PERIOD TOTAL | | | | | | | 34.42 | 0.00 | 7/10/15 | $620.00 | $18.01 | $9.01 | 0.00 | $0.00 | $620.00 |
| 7/12/15 | MON | 7/6/15 | 7:57 | 12:05 | 12:35 | 16:30 | 8.05 | | | | | | | | |
| | TUE | 7/7/15 | 7:59 | 12:22 | 12:54 | 16:31 | 8.00 | | | | | | | | |
| | WED | 7/8/15 | 7:53 | 12:07 | 12:37 | 16:31 | 8.13 | | | | | | | | |
| | THU | 7/9/15 | 8:26 | 12:12 | 12:46 | 16:33 | 7.55 | | | | | | | | |
| | FRI | 7/10/15 | 8:03 | 12:18 | 12:56 | 16:31 | 7.83 | | | | | | | | |
| | SAT | 7/11/15 | | | | | 0.00 | | | | | | | | |
| | SUN | 7/12/15 | | | | | 0.00 | | | | | | | | |
| PERIOD TOTAL | | | | | | | 39.57 | 0.00 | 7/17/15 | $620.00 | $15.67 | $7.83 | 0.00 | $0.00 | $620.00 |
| 7/26/15 | MON | 7/20/15 | 8:00 | 12:09 | 12:41 | 16:32 | 8.00 | | | | | | | | |
| | TUE | 7/21/15 | 8:10 | 12:30 | 13:00 | 16:35 | 7.92 | | | | | | | | |
| | WED | 7/22/15 | 7:47 | 12:00 | 12:30 | 16:27 | 8.17 | | | | | | | | |
| | THU | 7/23/15 | 8:24 | 12:21 | 12:56 | 16:30 | 7.52 | | | | | | | | |
| | FRI | 7/24/15 | 7:53 | 12:15 | 12:45 | 16:31 | 8.13 | | | | | | | | |
| | SAT | 7/25/15 | | | | | 0.00 | | | | | | | | |
| | SUN | 7/26/15 | | | | | 0.00 | | | | | | | | |
| PERIOD TOTAL | | | | | | | 39.73 | 0.00 | 7/31/15 | $638.60 | $16.07 | $8.04 | 0.00 | $0.00 | $638.60 |
| 8/2/15 | MON | 7/27/15 | 7:40 | 13:44 | | | 6.07 | | | | | | | | |
| | TUE | 7/28/15 | 7:57 | 12:24 | 12:59 | 16:27 | 7.92 | | | | | | | | |
| | WED | 7/29/15 | 8:01 | 12:00 | 12:33 | 16:30 | 7.93 | | | | | | | | |
| | THU | 7/30/15 | 8:07 | 12:38 | 13:09 | 16:30 | 7.87 | | | | | | | | |
| | FRI | 7/31/15 | 8:00 | 12:44 | 13:21 | 16:31 | 7.90 | | | | | | | | |
| | SAT | 8/1/15 | | | | | 0.00 | | | | | | | | |
| | SUN | 8/2/15 | | | | | 0.00 | | | | | | | | |
| PERIOD TOTAL | | | | | | | 37.68 | 0.00 | 8/7/15 | $638.60 | $16.95 | $8.47 | 0.00 | $0.00 | $638.60 |

| PERIOD ENDING | DAY | DATE | IN | OUT | IN | OUT | REG. HOURS | OT HOURS | DATE PAID | SALARY | AVG. HOURLY RATE | HALF-TIME RATE | OT HRS. PAID | OT AMT. PAID | TOTAL AMT. PAID |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8/16/15 | MON | 8/10/15 | 8:01 | 12:15 | 12:49 | 16:33 | 7.97 | | | | | | | | |
| | TUE | 8/11/15 | 7:57 | 12:26 | 12:57 | 16:27 | 7.98 | | | | | | | | |
| | WED | 8/12/15 | 7:46 | 12:32 | 13:01 | 16:27 | 8.20 | | | | | | | | |
| | THU | 8/13/15 | 7:54 | 12:00 | 12:30 | 16:30 | 8.10 | | | | | | | | |
| | FRI | 8/14/15 | 8:06 | 12:30 | 13:17 | 16:25 | 7.53 | | | | | | | | |
| | SAT | 8/15/15 | | | | | 0.00 | | | | | | | | |
| | SUN | 8/16/15 | | | | | 0.00 | | | | | | | | |
| | | | | | | **PERIOD TOTAL** | **39.78** | **0.00** | 8/21/15 | $638.60 | $16.05 | $8.03 | 0.00 | $0.00 | $638.60 |
| 8/23/15 | MON | 8/17/15 | 7:54 | 12:23 | 13:02 | 16:28 | 7.92 | | | | | | | | |
| | TUE | 8/18/15 | 8:15 | 12:20 | 13:01 | 16:31 | 7.58 | | | | | | | | |
| | WED | 8/19/15 | 8:03 | 12:26 | 13:02 | 16:31 | 7.87 | | | | | | | | |
| | THU | 8/20/15 | 8:19 | 12:24 | 13:06 | 16:30 | 7.48 | | | | | | | | |
| | FRI | 8/21/15 | | | | | 0.00 | | | | | | | | |
| | SAT | 8/22/15 | | | | | 0.00 | | | | | | | | |
| | SUN | 8/23/15 | | | | | 0.00 | | | | | | | | |
| | | | | | | **PERIOD TOTAL** | **30.85** | **0.00** | 8/28/15 | $638.60 | $20.70 | $10.35 | 0.00 | $0.00 | $638.60 |
| 9/6/15 | MON | 8/31/15 | 8:04 | 12:01 | 12:34 | 16:32 | 7.92 | | | | | | | | |
| | TUE | 9/1/15 | 8:02 | 12:26 | 13:05 | 16:30 | 7.82 | | | | | | | | |
| | WED | 9/2/15 | 8:37 | 12:23 | 12:54 | 17:20 | 8.20 | | | | | | | | |
| | THU | 9/3/15 | | | | | 0.00 | | | | | | | | |
| | FRI | 9/4/15 | | | | | 0.00 | | | | | | | | |
| | SAT | 9/5/15 | | | | | 0.00 | | | | | | | | |
| | SUN | 9/6/15 | | | | | 0.00 | | | | | | | | |
| | | | | | | **PERIOD TOTAL** | **23.93** | **0.00** | 9/11/15 | $638.60 | $26.68 | $13.34 | 0.57 | $7.67 | $646.27 |
| 9/13/15 | MON | 9/7/15 | | | | | 0.00 | | | | | | | | |
| | TUE | 9/8/15 | 8:04 | 12:00 | 12:30 | 16:31 | 7.95 | | | | | | | | |
| | WED | 9/9/15 | 8:29 | 12:17 | 12:55 | 16:31 | 7.40 | | | | | | | | |
| | THU | 9/10/15 | 8:18 | 12:13 | 12:46 | 16:31 | 7.67 | | | | | | | | |
| | FRI | 9/11/15 | 8:31 | 12:27 | 12:47 | 16:31 | 7.67 | | | | | | | | |
| | SAT | 9/12/15 | | | | | 0.00 | | | | | | | | |
| | SUN | 9/13/15 | | | | | 0.00 | | | | | | | | |
| | | | | | | **PERIOD TOTAL** | **30.68** | **0.00** | 9/18/15 | $638.60 | $20.81 | $10.41 | 0.00 | $0.00 | $638.60 |

| PERIOD ENDING | DAY | DATE | IN | OUT | IN | OUT | REG. HOURS | OT HOURS | DATE PAID | SALARY | AVG. HOURLY RATE | HALF-TIME RATE | OT HRS. PAID | OT AMT. PAID | TOTAL AMT. PAID |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9/20/15 | MON | 9/14/15 | 8:02 | 12:15 | 12:52 | 16:31 | 7.87 | | | | | | | | |
| | TUE | 9/15/15 | 7:28 | 12:22 | 12:59 | 16:37 | 8.53 | | | | | | | | |
| | WED | 9/16/15 | 8:00 | 12:14 | 12:51 | 16:30 | 7.88 | | | | | | | | |
| | THU | 9/17/15 | 8:17 | 12:13 | 12:58 | 16:32 | 7.50 | | | | | | | | |
| | FRI | 9/18/15 | 8:08 | 12:16 | 12:49 | 16:33 | 7.87 | | | | | | | | |
| | SAT | 9/19/15 | | | | | 0.00 | | | | | | | | |
| | SUN | 9/20/15 | | | | | 0.00 | | | | | | | | |
| | | | | PERIOD TOTAL | | | 39.65 | 0.00 | 9/25/15 | $638.60 | $16.11 | $8.05 | 0.00 | $0.00 | $638.60 |
| 9/27/15 | MON | 9/21/15 | 8:00 | 12:30 | 13:02 | 16:34 | 8.03 | | | | | | | | |
| | TUE | 9/22/15 | 7:02 | 12:00 | 12:30 | 16:32 | 9.00 | | | | | | | | |
| | WED | 9/23/15 | 7:55 | 12:29 | 13:00 | 16:33 | 8.12 | | | | | | | | |
| | THU | 9/24/15 | 8:05 | 12:10 | 12:38 | 16:31 | 7.97 | | | | | | | | |
| | FRI | 9/25/15 | | | | | 0.00 | | | | | | | | |
| | SAT | 9/26/15 | | | | | 0.00 | | | | | | | | |
| | SUN | 9/27/15 | | | | | 0.00 | | | | | | | | |
| | | | | PERIOD TOTAL | | | 33.12 | 0.00 | 10/2/15 | $638.60 | $19.28 | $9.64 | 0.00 | $0.00 | $638.60 |
| 10/4/15 | MON | 9/28/15 | 8:06 | 12:10 | 12:41 | 16:35 | 7.97 | | | | | | | | |
| | TUE | 9/29/15 | 8:11 | 12:22 | 12:55 | 16:30 | 7.77 | | | | | | | | |
| | WED | 9/30/15 | 6:34 | 12:00 | 12:30 | 18:33 | 11.48 | | | | | | | | |
| | THU | 10/1/15 | | | | | 0.00 | | | | | | | | |
| | FRI | 10/2/15 | | | | | 0.00 | | | | | | | | |
| | SAT | 10/3/15 | | | | | 0.00 | | | | | | | | |
| | SUN | 10/4/15 | | | | | 0.00 | | | | | | | | |
| | | | | PERIOD TOTAL | | | 27.22 | 0.00 | 10/9/15 | $638.60 | $23.46 | $11.73 | 0.00 | $0.00 | $638.60 |