## AFFIDAVIT OF JOSEPH DE JESUS, JR.

| | |
|---|---|
| STATE OF FLORIDA | ) |
| | )   S.S.: |
| COUNTY OF MIAMI-DADE | ) |

1. My name is **Joseph de Jesus, Jr.**; I am over eighteen years of age; I reside in the United States and I have personal knowledge of the matters set forth herein. I am mentally competent to sign this Affidavit and do so freely, voluntarily and pursuant to my own free will. I affirm that the contents herein are true and accurate to the best of my knowledge.

2. My statement in deposition was correct that the only weeks that I worked less than forty hours I was not paid my full salary. The weeks that I worked less than forty hours in a week I was docked paid vacation and sick leave.

3. I was docked paid vacation and sick leave for hours worked under forty in a week, so I was forced to stay all forty hours per-week whether there was work or not. When I did not, I was penalized sick leave and vacation days. I worked less than forty hours as Docket Entry 78-8 says, in some of the weeks it says (but not most), and I was docked paid vacation and sick leave for working under 40 hours.

4. My attorney has had me review the summary of time records produced by the Defendants in Docket Entry 78-8, and I contest the accuracy of same.

5. There are days in 78-8 that show me as having taken off, and I did not take off. Most of these days were boat show days before they set up the machines to clock in and out, other days were simply wrongly recorded. I would not have taken off this many days because it would have come out of my vacation time. I took some vacation, and the number of days in 78-8 that it shows me missing were more than the vacation and sick days that I had.

1

Since I was docked vacation and sick days when I worked under forty hours per week I would not have had any days left if 78-8 was accurate

6. Some of the days reflected in 78-8 as me having missed days, were days that the company was closed for Christmas. The company basically closes for two-weeks for Christmas. I ended up having to take less time off, because I would have to go out of town, to do the Cheny Brothers Food Show each year. December 22, 2014 until January 1, 2015 (when I returned before other workers to do the Cheny food show) the business was closed. December 20th, 2013 the Corporate Defendant closed after half a day, then we were supposed to have a week and a half off, and I came back on January 2, 2014, to do the Cheny Brothers Food Show. I was not paid the for one of the two weeks the Corporate Defendants were closed, even though the Corporate Defendant had no work for me.

7. While out of town, and I was out of town for a lot of the weeks in 78-8, I was not able to clock in and out, and that is why it shows no entries for those days in 78-8. However, I worked well over 40 hours when gone on these shows, despite what the records reflect.

8. A lot of the weeks listed in 78-8 I should have been listed as working significant numbers of hours because I was at a boat show. I was unable to clock in and out on Sundays because most of the time the time clocks were not set up on boat show Sundays.

9. There are weeks in 78-8 where I did not work 40 hours, physically, because I took Paid Vacation Days, that were not recorded in 78-8 as hours worked.

10. I took few days, off as paid vacation, which show up in 78-8 as hours missed, The week of June 8th, through June 12th, 2015.

11. In June 2015 for Fathers' Day, when I went to Puerto Rico to see my father, I was gone the 18th, 19th, of June on paid vacation. The 22nd of June 2015, I had a sick day taken away for

2

me for missing because only seven days-vacation was available, when I should have had ten.

12. When I went to take my last vacation, I was supposed to ten days off, and Elizabeth Cortez, who is our unofficial HR Person, said I only had seven days off because there were weeks I worked under forty hours that resulted in me losing the other three days of vacation, this was the June of 2015 vacation.

13. I was hurt on the job in August of 2015. I did not make a worker's compensation claim, because I was told by my employer that I would be given the time off to go to appointments for my injured shoulder, like physical therapy, and that my insurance would cover it. However, the time I missed for the appointments, contrary to what the Defendants promised, was not paid time and was deducted from my sick leave. Some of the weeks in 78-8 that show me as having worked less than forty hours, in August, September and October was time I missed with permission because my employer wanted me to seek medical treatment without workers' compensation.

14. Some of the days that show half a day in 78-8, are incorrect. I was doing shows and I had to clock out for lunch, but when I came back I was not given the opportunity to clock back in.

15. Except for Christmas 2014 and the time I took actual paid vacation, I was never able to work less than forty-hours and not be docked, salary, paid sick leave, or paid vacation time.

16. I worked substantially more overtime hours after being put on what Defendants claimed was a salary, and made about an equal amount as I did without the salary (minimal difference in pay) when I was getting overtime as an hourly employee.

3

17. I did not complain about my pay because I lost eligibility for government benefits, I complained about not understanding how my salary was calculated, being docked when I worked under 40 hours, not understanding how my overtime was calculated, and because I was being required to work so many more hours than before the salary.

18. I never agreed to being paid on a salary.

19. I received an extra per-diem rate for boat show days, and that per-diem rate, and how it affected my salary was never explained to me.

20. I did not understand that the salary was to cover all hours that I worked. When Mr. Correas, the Individual Defendant, talked to me about putting me on salary I asked him how it would work with my overtime, how many hours I would be required to work, and how my overtime would be calculated, and he did not know. No one was ever able to tell me this information even though I asked Mr. Correa after the salary kicked in, and kept on him about for close to two-weeks.

FURTHER AFFIANT SAYETH NAUGHT.

DATED this __14__ day of __November_____, 2016.

_____
AFFIANT
**Joseph De Jesus, Jr.**

4

The foregoing instrument was sworn to and subscribed before me, on this __14th__ day of ___November___, 2016, by **Joseph de Jesus, Jr.**, who has produced _____Florida Driver's License_____ as identification.

K. DAVID KELLY
MY COMMISSION # FF 179242
EXPIRES: January 16, 2019
Bonded Thru Notary Public Underwriters

NOTARY PUBLIC,