## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

CASE NO. 15-24308-CIV-LENARD/GOODMAN

JOSEPH LUIS DE JESUS JR, and all others )
similarly situated under 29 U.S.C. 216(b), )
                                                  )
     Plaintiff, )
                                                  )
v. )
                                                  )
YACHTING PROMOTIONS, INC., and )
ROBERT COREAS, )
                                                  )
     Defendants. )
                                                  )

## **DEFENDANTS' DEPOSITION DESIGNATIONS**

Pursuant to this Court's Order adopting Joint Scheduling Report (Dkt. 61), Defendants YACHTING PROMOTIONS, INC. ("Yachting Promotions") and ROBERT CORREA[1] ("Correa") (collectively "Defendants"), hereby submit its page and line designations of all depositions that Defendant may use at trial (as distinguished for possible use for impeachment).

| DEPOSITION OF PLAINTIFF JOSEPH LUIS DE JESUS, JR. TAKEN APRIL 19, 2016 ||
|---|---|
| **Page/Line Start** | **Page/Line End** |
| 4:9 | 4:11 |
| 21:1 | 21:19 |
| 24:9 | 25:10 |
| 29:8 | 29:17 |
| 33:10 | 33:16 |
| 109:11 | 110:20 |
| 129:14 | 129:25 |
| 141:7 | 141:21 |
| 142:7 | 142:22 |
| 152:16 | 154:12 |
| 157:3 | 157:6 |
| 157:22 | 159:11 |
| 188:6 | 188:19 |
| 209:20 | 210:12 |
| 211:13 | 213:20 |

---

[1] Robert Correa incorrectly is identified by Plaintiff as "Robert Coreas."

| 214:17 | 215:5 |
| --- | --- |
| 215:17 | 216:1 |
| 216:22 | 216:25 |
| 236:1 | 236:7 |
| 354:7 | 356:4 |

| DEPOSITION OF CORPORATE REPRESENTATIVE TAKEN MAY 3, 2016 ||
| --- | --- |
| **Page/Line Start** | **Page/Line End** |
| 4:8 | 4:17 |
| 4:20 | 7:6 |
| 4:13 | 4:17 |
| 4:20 | 7:6 |
| 8:13 | 8:24 |
| 10:5 | 10:6 |
| 10:11 | 10:14 |
| 11:4 | 11:7 |
| 11:21 | 12:3 |
| 12:12 | 13:8 |
| 13:24 | 14:1 |
| 14:14 | 14:16 |
| 16:2 | 16:25 |
| 17:22 | 18:1 |
| 20:6 | 20:9 |
| 24:5 | 24:8 |

| DEPOSITION OF DEFENDANT ROBERT CORREA TAKEN MAY 3, 2016 ||
| --- | --- |
| **Page/Line Start** | **Page/Line End** |
| 3:6 | 3:11 |
| 9:18 | 10:15 |
| 16:9 | 16:19 |

| DEPOSITION OF GILBERTO BOBILLO TAKEN MAY 3, 2016 ||
| --- | --- |
| **Page/Line Start** | **Page/Line End** |
| 3:6 | 3:9 |
| 4:1 | 4:23 |
| 5:2 | 5:18 |
| 6:16 | 6:21 |
| 9:24 | 10:4 |

| DEPOSITION OF RICCARDO STRUL TAKEN AUGUST 26, 2016 ||
| --- | --- |
| **Page/Line Start** | **Page/Line End** |
| 3:6 | 3:7 |
| 3:17 | 3:24 |
| 4:4 | 4:6 |

| | |
|---|---|
| 4:11 | 5:10 |
| 5:11 | 6:3 |

Yachting Promotions reserves the right to offer additional deposition testimony for purposes of rebuttal or impeachment. Yachting Promotions also reserves the right to submit cross-designations of any such deposition testimony submitted by Plaintiff.

Dated January 13, 2017

      Respectfully submitted,

      */s/ Jennifer M. Moore*
      KEVIN D. ZWETSCH
      Florida Bar No. 0962260
      kevin.zwetsch@ogletreedeakins.com
      INA F. CRAWFORD
      Florida Bar No. 117663
      ina.crawford@ogletreedeakins.com
      JENNIFER MONROSE MOORE
      Florida Bar No: 035602
      jennifer.moore@ogletreedeakins.com
      OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

      100 North Tampa Street, Suite 3600
      Tampa, Florida 33602
      Telephone: 813.289.1247
      Facsimile: 813.289.6530

      ATTORNEYS FOR DEFENDANTS
      YACHTING PROMOTIONS, INC. and
      ROBERT CORREA

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 13th day of January, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all ECF participants.

*/s/ Jennifer M. Moore*
Attorney

28287966.1