UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 15-24308-CIV-LENARD/GOODMAN

JOSEPH LUIS DE JESUS JR and all others )
similarly situated under 29 U.S.C. 216(B), )
)
        Plaintiff, )
)
vs. )
)
YACHTING PROMOTIONS, INC., and )
ROBERT COREAS, )
)
        Defendants. )
_____ )

## PLAINTIFF'S LIST OF DEPOSITION DESIGNATIONS

Plaintiff, by and through Undersigned Counsel, Pursuant to this Court's Order adopting Joint Scheduling Report (DE. 61), hereby files its list of Cross designations.

1. It is Plaintiffs intention to call all witnesses and not rely on depositions for reasons other than impeachment. Hence, these designations presume that a witnesses is otherwise unavailable. Plaintiff reserves the right to use any part of a deposition for impeachment purposes.

| DEPOSITION OF PLAINTIFF JOSEPH LUIS DE JESUS, JR. TAKEN APRIL 19, 2016 | |
|---|---|
| **Page/Line Start** | **Page/Line End** |
| 21/20 | 21/23 |
| 23/09 | 23/10 |
| 25/12 | 25/16 |
| 28/12 | 28/16 |
| 29/19 | 29/23 |
| 30/7 | 30/9 |
| 32/7 | 32/10 |

| | |
|---|---|
| 34/19 | 34/25 |
| 35/7 | 35/13 |
| 36/19 | 37/11 |
| 38/21 | 38/23 |
| 89/1 | 89/17 |
| 93/5 | 93/10 |
| 114/2 | 114/4 |
| 115/8 | 115/18 |
| 215/6 | 215/8 |
| 263/2 | 263/9 |
| 280/5 | 280/8 |
| | |
| **DEPOSITION OF CORPORATE REPRESENTATIVE TAKEN MAY 3, 2016** | |
| 9/10 | 9/17 |
| 11/8 | 11/9 |
| 23/7 | 23/18 |
| 24/13 | 24/25 |
| | |
| **DEPOSITION OF GILBERTO BOBILLO TAKEN MAY 3, 2016** | |
| 10/7 | 10/16 |
| 12/16 | 12/25 |
| | |
| **DEPOSITION OF RICARDO STRUL TAKEN AUGUST 26, 2016** | |
| 3/25 | 4/3 |
| | |
| **DEPOSITION OF DENISE HEGEMAN TAKEN AUGUST 26, 2016** | |
| 3/21 | 3/24 |
| 4/17 | 4/21 |
| 5/22 | 6/5 |
| 10/1 | 6-Oct |

**OBJECTION TO DEFENDANTS DESIGNATIONS:**

The following objections are for relevancy:

1. Deposition of CORPORATE REPRESENTATIVE taken May 3, 201t
    a. 11/21 -12/3
    b. 16/2 – 16/25

Dated January 20, 2017

Respectfully submitted,

J. H. ZIDELL, P.A.
ATTORNEYS FOR DEFENDANTS
300-71ST STREET
SUITE 605
MIAMI BEACH, FL 33141
305-865-6766
305-865-7167

_ s/ Neil Tobak
Neil Tobak, Esquire
Florida Bar No.: 93940
Ntobak.zidellpa@gmail.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING WAS PROVIDED VIA CM/ECF ON TO ALL PARTIES ON 1/20/17:


**BY:  /s/    Neil Tobak**

**Neil Tobak, ESQ.**