UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 15-24308-CIV-LENARD/GOODMAN

JOSEPH LUIS DE JESUS JR, and all others )
similarly situated under 29 U.S.C. 216(b), )
                                         )
      Plaintiff,                      )
                                         )
v.                                       )
                                         )
YACHTING PROMOTIONS, INC., and           )
ROBERT COREAS,                           )
                                         )
      Defendants.                     )
                                         )

**NOTICE OF DEFENDANTS' OBJECTIONS TO PLAINTIFF'S
LIST OF DEPOSITION DESIGNATIONS**

Pursuant to this Court's Order Adopting Joint Scheduling Report (Dkt. 61), Defendants YACHTING PROMOTIONS, INC. ("Yachting Promotions") and ROBERT CORREA[1] ("Correa") (collectively "Defendants"), hereby files their objections to Plaintiff, JOSEPH LUIS DE JESUS, JR.'s deposition designations of Joseph Luis de Jesus, Jr., Robert Correa as Corporate Representative, Gilberto Bobillo, Ricardo Strul, and Denise Hegeman, (Dkt. 87), as follows:

**I.    GENERAL OBJECTION**

As an initial matter, Defendants object to Plaintiff's Deposition Designations (Dkt. 87) filed on January 20, 2017, as to Denise Hegeman, and request those designations be stricken. Specifically, this Court's Order Adopting Joint Scheduling Report (Dkt. 61) required "[a]ny party intending to use deposition testimony as substantive evidence must designate by line and page reference those portions in writing. The designations must be served on opposing counsel

---

[1] Robert Correa incorrectly is identified by Plaintiff as "Robert Coreas."

and filed with the Court **fourteen (14) days before the deadline to file the joint pretrial stipulation**" (emphasis added).  Thus, the deadline for designating deposition testimony was January 16, 2017. However, Plaintiff did not file any designation of deposition testimony by January 16, 2017.  Rather, Plaintiff filed his cross-designations (Dkt. 87) on January 20, 2017, including designations of Denise Hegeman – a deposition from which Defendants filed no designations – under the guise of cross-designations.  Ms. Hegeman's deposition designations should be stricken as untimely and not proper cross-designations.

In an abundance of caution and in case this Court allows the designations of Denise Hegeman, Defendants include specific objections to the designations for Ms. Hegeman's testimony. Defendants specifically objects to Plaintiff's Deposition Designations as follows.

**II.  SPECIFIC OBJECTIONS TO PLAINTIFF'S DEPOSITION DESIGNATIONS**

| DEPOSITION OF JOSEPH LUIS DE JESUS, JR. TAKEN APRIL 19, 2016 | | |
|---|---|---|
| **Page/Line Start** | **Page/Line End** | **Objection(s)[2]** |
| 21:20 | 21:23 | Assumes facts not in evidence; A; M; R; V; W |
| 23:09 | 23:10 | Assumes facts not in evidence; A; F; P; R; V; W |
| 25:12 | 25:16 | Assumes facts not in evidence; M; R; W |
| 28:12 | 28:16 | Assumes facts not in evidence; R; V; W |
| 29:19 | 29:23 | Assumes facts not in evidence; M; R; V; P; Hy. |
| 30:7 | 30:9 | Assumes facts not in evidence; F; M; R; V; W; P |
| 32:7 | 32:10 | Assumes facts not in evidence; F; M; R; V; W |
| 34:19 | 34:25 | F; M; V |
| 35:7 | 35:13 | Assumes facts not in evidence; F; M; V; W |
| 36:19 | 37:11 | Assumes facts not in evidence; M; R; V; W |
| 38:21 | 38:23 | Assumes facts not in evidence; F; M; V; W |
| 89:1 | 89:17 | M; W |
| 93:5 | 93:10 | Assumes facts not in evidence;  F; M; V; W |
| 114:2 | 114:4 | R |
| 115:8 | 115:18 | R; A; M; W |
| 215:6 | 215:8 | R; V; W |
| 263:2 | 263:9 | Assumes facts not in evidence; A; F; H; K; O; R; S; W |
| 280:5 | 280:8 | M |

---

[2] Defendants' Trial Deposition Designation Objection Key is attached hereto as "Exhibit A."

2

| DEPOSITION OF CORPORATE REPRESENTATIVE TAKEN MAY 3, 2016 | | |
|---|---|---|
| **Page/Line Start** | **Page/Line End** | **Objection(s)** |
| 9:10 | 9:17 | F; M; R; S |
| 11:8 | 11:9 | R |
| 23:7 | 23:18 | M; K |
| 24:13 | 24:25 | Assumes facts not in evidence; R |

| DEPOSITION OF GILBERTO BOBILLO TAKEN MAY 3, 2016 | | |
|---|---|---|
| **Page/Line Start** | **Page/Line End** | **Objection(s)** |
| 10:7 | 10:16 | R; W; M |
| 12:16 | 12:25 | R; P |

| DEPOSITION OF DENISE HEGEMAN TAKEN MAY 4, 2016 | | |
|---|---|---|
| **Page/Line Start** | **Page/Line End** | **Objection(s)**[3] |
| 3:21 | 3:24 | Assumes facts not in evidence; R |
| 4:17 | 4:21 | Assumes facts not in evidence; R |
| 5:22 | 6:5 | Assumes facts not in evidence; R; P |
| 10:1 | 10:6 | Assumes facts not in evidence; R; P |

| DEPOSITION OF RICARDO STRUL TAKEN AUGUST 26, 2016 | | |
|---|---|---|
| **Page/Line Start** | **Page/Line End** | **Objection(s)** |
| 3:25 | 4:3 | Assumes facts not in evidence; R; M |

Dated this 27th day of January, 2017.

Respectfully submitted,

*/s/ Jennifer Monrose Moore*
JENNIFER MONROSE MOORE
Florida Bar Number 035602
E-mail: jennifer.moore@ogletreedeakins.com
INA F. CRAWFORD
Florida Bar Number 117663
E-mail: ina.crawford@ogletreedeakins.com

---

[3] Defendants renew their objection to the inclusion of designations of deposition testimony of Denise Hegeman as detailed in Section I above.

3

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

100 North Tampa Street, Suite 3600
Tampa, Florida 33602
Telephone: 813.289.1247
Facsimile: 813.289.6530

ATTORNEYS FOR DEFENDANTS
YACHTING PROMOTIONS, INC. and
ROBERT CORREA

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on January 27, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

    */s/ Jennifer Monrose Moore*
    Attorney

## SERVICE LIST

Joshua H. Sheskin
Neil Tobak
Jamie H. Zidell
Rivka F. Jaff
Stephen M. Fox, Jr.
Allison Morgado
J.H. ZIDELL, P.A.
300 71st Street, Suite 605
Miami Beach, Florida 33141

jsheskin.jhzidellpa@gmail.com
ntobak.zidellpa@gmail.com
zabogado@aol.com
rivkah.jaff@gmail.com
stephen.fox.esq@gmail.com
amorgado@coronapa.com

(Counsel for Plaintiff)
*via CM/ECF Electronic Notification*

28429788.1