UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 15-24308-CIV-LENARD/GOODMAN

JOSEPH LUIS DE JESUS JR, and all others    )
similarly situated under 29 U.S.C. 216(b),  )
                                            )
            Plaintiff,                      )
    vs.                                     )
                                            )
YACHTING PROMOTIONS, INC.,                  )
ROBERT COREAS,                              )
                                            )
            Defendants.                     )
_____ )

**PLAINTIFF'S UNOPPOSED MOTION FOR REFERRAL OF ACTION TO A SECOND SETTLEMENT CONFERENCE**

Plaintiff, by and through Undersigned Counsel, and without opposition from the Defendants, respectfully moves this Court refer the above captioned matter to a second settlement conference, to facilitate its resolution, and in support of which states as follows;

1. This case is scheduled for a Pre-Trial Conference on February 27, 2017, a Calendar Call on March 15, 2017, and Trial on March 20, 2017.

2. The Plaintiff believes, because of the Court's recent order denying both sides summary judgment motions [DE 94], a second settlement conference may facilitate the resolution of this matter.

3. Unlike the time of the first settlement conference and mediation, both sides have now failed in their respective attempts to resolve the claim through summary judgment and should be more amenable to settlement.

4. Defendants recently filed an unopposed motion for continuation of the trial, and prior to taking up the Court's time with a trial on what has become a few narrow issues, the Plaintiff believes that all avenues for settlement should be exhaustively explored.

5. Despite diligent efforts, to date, counsel for the parties have not had success in settling the case unaided. Plaintiff believes the aid of a settlement conference would be helpful in facilitating a resolution that obviates the need for trial.

6. Plaintiff's Motion is not for the cause of undue delay, nor for an improper purpose, nor will it cause bias to either party.

7. Defendants are not opposed to the relief of a second settlement conference, which Plaintiff seeks. Defendants suggest in their non-opposition to the relief sought of a second settlement conferencethat a second settlement conference may be approprite in place of the Pre-Trial Conference on February 27, 2017, with an extension of the existing due dates, if necessary, for jury instructions, along with witness and exhibit lists, until to five days after the settlement conference, in the event the settlement conference is unsuccessful.

8. Plaintiffs only ask for the relief of a second settlement conference, which the Defendants are not opposed to, however Defendants ask for the additional relief above in the event the Court grants the Plaintiff's motion for a second Settlement Conference.

WHEREFORE: Plaintiff, by and through Undersigned Counsel, and without opposition from the Defendants, respectfully moves this Court refer the above captioned matter to a second settlement conference, to facilitate its resolution.

### **CERTIFICATE OF GOOD FAITH CONFERRAL UNDER LOCAL RULE 7.1**

Undersigned Counsel has conferred with Defense Counsel who does not oppose a second settlement conference, but does request that in the event of same the Court attempt to schedule the settlement conference on February 27, 2015, and delay the deadline for submission of witness and exhibit lists, along with jury instructions, until five days following the settlement conference if unsuccessful.

Respectfully Submitted,

J.H. Zidell, P.A.
300 71st Street, Suite 605
Miami Beach, Florida 33141
Tel: (305) 865-6766
 Fax: (305) 865-7167
*Attorneys for Plaintiff*

By:  /s/ Joshua H. Sheskin
Joshua H. Sheskin, Esq.
Jsheskin.jhzidellpa@gmail.com
Florida Bar Number: 93028

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by CM/ECF on February 16, 2016.

J.H. Zidell, P.A.
300 71st Street, Suite 605
Miami Beach, Florida 33141
Tel: (305) 865-6766
 Fax: (305) 865-7167
*Attorneys for Plaintiff*

By:  /s/ Joshua Sheskin
Joshua H. Sheskin, Esq.
Jsheskin.jhzidellpa@gmail.com
Florida Bar Number: 93028
