UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 15-24308-CIV-LENARD/GOODMAN

JOSEPH LUIS DE JESUS JR and all others )
similarly situated under 29 U.S.C. 216(B), )
)
)
Plaintiff, )
)
vs. )
)
)
YACHTING PROMOTIONS, INC., and )
ROBERT COREAS, )
)
)
Defendants. )
_____ )

## JOINT STATEMENT OF THE CASE

This case involves the Fair Labor Standards Act, the Federal law requiring employers to pay minimum wage and overtime to their employees. One method of paying employees allowable under the Fair Labor Standards Act is the Fluctuating Work Week Method. For the Fluctuating Work Week Method to be allowable it must be implemented properly. Mr. de Jesus claims the Fluctuating Work Week Method was not implemented properly, because he was paid an additional per diem rate for days on which there were boat shows. Defendants state that the per diem is permissible under the Fluctuating Work Week method because it was for food and expenses.

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| */s/ Joshua H. Sheskin* | */s/ Jennifer Monrose Moore* |
| JOSHUA H. SHESKIN | JENNIFER MONROSE MOORE |
| Florida Bar Number 93028 | Florida Bar Number 035602 |
| E-mail: jsheskin.jhzidellpa@gmail.com | E-mail: jennifer.moore@ogletreedeakins.com |
| NEIL TOBAK | INA F. CRAWFORD |
| Florida Bar Number 93940 | Florida Bar Number 117663 |
| E-mail: ntobak.zidellpa@gmail.com | E-mail: ina.crawford@ogletreadins.com |
| | |
| J.H. ZIDELL, P.A. | OGLETREE, DEAKINS, NASH, SMOAK & |

1

<table>
<tr><td>

300 71st Street, Suite 605
Miami Beach, Florida 33141
Telephone: 305.865.6766
Facsimile: 305.865. 7167

*Counsel for Plaintiff Joseph Luis de Jesus, Jr.*

</td><td>

STEWART, P.C.
100 North Tampa Street, Suite 3600
Tampa, Florida  33602
Telephone: 813.289.1247
Facsimile: 813.289.6530

*Counsel for Defendants Yachting Promotions, Inc. and Robert Correa*

</td></tr>
</table>

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by CM/ECF on February 21, 2017.

>J.H. Zidell, P.A.
>300 71st Street, Suite 605
>Miami Beach, Florida 33141
>Tel: (305) 865-6766
>Fax: (305) 865-7167
>*Attorneys for Plaintiff*
>
>By:  /s/ Joshua Sheskin
>Joshua H. Sheskin, Esq.
>Jsheskin.jhzidellpa@gmail.com
>Florida Bar Number: 93028