UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 15-24308-CIV-LENARD/GOODMAN

JOSEPH LUIS DE JESUS JR, and all others )
similarly situated under 29 U.S.C. 216(b), )
                                          )
        Plaintiff,                        )
                                          )
v.                                        )
                                          )
YACHTING PROMOTIONS, INC., and            )
ROBERT COREAS,                            )
                                          )
        Defendants.                       )
                                          )

## JOINT TRIAL EXHIBIT LIST

| Exhibit No. | Description of Exhibit | Date | Basis for Objection | Identifying Witness | Additional Witness | Admit | Deny |
|---|---|---|---|---|---|---|---|
| 1 | Hiring Form (DEF000073) | | | Strul or Correa | | | |
| 2 | Time and Pay Composite (PL000001-39) (Pl. Dep. Ex. 1) | | | Plaintiff, Strul or Correa | | | |
| 3 | Time Records (Bate Stamped D1 - D39) | | | Plaintiff, Strul or Correa | | | |
| 4 | Payroll History (Bate Stamped D40 - D55) | | | Plaintiff, Strul or Correa | | | |
| 3 | DOL Coefficient Table (DEF000088-89) (Pl. Dep. Ex. 2) | | | Strul, Correa or Payroll Clerk | | | |
| 4 | Handbook Excerpts (DEF000056-67) | | | Plaintiff, Strul or Correa | | | |
| 5 | Defendant's Verified Summary (Dkt. 78-8) | | | Strul or Correa | | | |
| 6 | Accounts Payable Records for Payment of Per Diem to Plaintiff | | | Strul or Correa | | | |
| 7 | Boat Show Date Chart | | | Strul or Correa | | | |

1

| 8 | Demonstrative Exhibits of Either Party Subject to Objection | | | | | | |
|---|---|---|---|---|---|---|---|
| 9 | Rebuttal Exhibits | | | | | | |
| 10 | Impeachment Exhibits | | | | | | |

Respectfully submitted,

*/s/ Joshua H. Sheksin*
JOSHUA H. SHESKIN
Florida Bar Number 93028
E-mail: jsheskin.jhzidellpa@gmail.com
NEIL TOBAK
Florida Bar Number 93940
E-mail: ntobak.zidellpa@gmail.com

J.H. ZIDELL, P.A.
300 71st Street, Suite 605
Miami Beach, Florida 33141
Telephone: 305.865.6766
Facsimile: 305.865. 7167

*Counsel for Plaintiff Joseph Luis de Jesus, Jr.*

Respectfully submitted,

*/s/Jennifer Monrose Moore*
JENNIFER MONROSE MOORE
Florida Bar Number 035602
E-mail: jennifer.moore@ogletreedeakins.com
INA F. CRAWFORD
Florida Bar Number 117663
E-mail: ina.crawford@ogletreedeadins.com

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
100 North Tampa Street, Suite 3600
Tampa, Florida  33602
Telephone: 813.289.1247
Facsimile: 813.289.6530

*Counsel for Defendants Yachting Promotions, Inc. and Robert Correa*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served by CM/ECF on February 21, 2017.

J.H. Zidell, P.A.
300 71st Street, Suite 605
Miami Beach, Florida 33141
Tel: (305) 865-6766
Fax: (305) 865-7167
*Attorneys for Plaintiff*

By:  /s/ Joshua Sheskin
Joshua H. Sheskin, Esq.
Jsheskin.jhzidellpa@gmail.com
Florida Bar Number: 93028

2