| | United States District Court |
|---|---|
| | SOUTHERN DISTRICT OF FLORIDA-MIAMI DIVISION |
| JOSEPH LUIS DE JESUS JR and all others similarly situated under 29 U.S.C. 216(B),<br><br>           Plaintiff,<br>vs.<br><br>YACHTING PROMOTIONS, INC., and ROBERT COREAS,<br>           Defendants. | **PLAINTIFF'S FACT WITNESS LIST**<br><br>CASE NO.: 1:15-CV-24308-JAL |

| PRESIDING JUDGE<br>Honorable Judge Joan A. Lenard | PLAINTIFF'S ATTORNEY<br>J.H. Zidell, Esq.<br>J.H. Zidell P.A.<br>300 71st Street<br>Suite 605<br>Miami Beach, Florida 33141 | DEFENDANT'S ATTORNEY<br>Jennifer Monrose Moore, Esq.<br>Ogletree, Deakins, Nash, Smoak & Stewart PC<br>100 North Tampa Street<br>Suite 3600<br>Tampa, FL 33602 |
|---|---|---|
| TRIAL DATE(S)<br>March 20, 2017 | | |

| PLF. NO | DEF. NO | DATE OFFERED | MARKED | OBJ | |
|---|---|---|---|---|---|
| 1 | | | | | Plaintiff, JOSEPH LUIS DE JESUS JR, c/o J.H. Zidell P.A. |
| 2 | | | | | Defendant Corporate rep for YACHTING PROMOTIONS, INC., c/o Ogletree, Deakins, Nash, Smoak & Stewart PC<br>100 North Tampa Street<br>Suite 3600<br>Tampa, FL 33602 |
| 3 | | | | | Defendant, ROBERT COREAS c/o Ogletree, Deakins, Nash, Smoak & Stewart PC<br>100 North Tampa Street<br>Suite 3600<br>Tampa, FL 33602 |
| 4 | | | | Same objection as motio | Paul Zak   c/o Yachting Promotions 1115 N.E. 9th Ave, Fort Lauderdale Florida 33304 |

1

| | | | | |
|---|---|---|---|---|
| | | | n in limine and preserve said objection through trial | |
| 5 | | | Same objection as motion in limine and preserve said objection through trial | Denise Hegeman c/o Yachting Promotions 1115 N.E. 9th Ave, Fort Lauderdale Florida 33304 |
| 6 | | | | Gilberto Bobillo c/o Yachting Promotions 1115 N.E. 9th Ave, Fort Lauderdale Florida 33304 |
| 7 | | | | Rebuttal witnesses |
| 8 | | | | Impeachment witnesses |
| 9 | | | | Any witnesses listed on Defendants' witness list that are not objected to by Plaintiff or who are allowed to testify over Plaintiff's objections, without waiving objections to same. |