# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# MIAMI DIVISION

CASE NO. 15-24308-CIV-LENARD/GOODMAN

JOSEPH LUIS DE JESUS JR, and all others )
similarly situated under 29 U.S.C. 216(b), )
                                                           )
      Plaintiff, )
                                                           )
v. )
                                                           )
YACHTING PROMOTIONS, INC., and )
ROBERT COREAS, )
                                                           )
      Defendants. )
                                                           )

## **DEFENDANTS' AMENDED WITNESS LIST**

| No. | Name/Address | Likely To Be Called | May Be Called/By Deposition |
|---|---|---|---|
| 1. | Plaintiff, c/o J.H. Zidell, P.A.<br>300 71st Street, Suite 605<br>Miami Beach, Florida 33141 | X | |
| 2. | Gilberto Bobillo, Warehouse Supervisor<br>Yachting Promotions, Inc.<br>1115 NE 9th Avenue<br>Fort Lauderdale, Florida 33304<br>954.764.7642 | X | |
| 3. | Robert Correa, Vice President of Logistics<br>Yachting Promotions, Inc.<br>1115 NE 9th Avenue<br>Fort Lauderdale, Florida 33304<br>954.764.7642 | X | |
| 4. | Ana Moya, Payroll Accountant<br>Yachting Promotions, Inc.<br>1115 NE 9th Avenue<br>Fort Lauderdale, Florida 33304<br>954.764.7642 | X | |

| No. | Name/Address | Likely To Be Called | May Be Called/By Deposition |
|---|---|---|---|
| 5. | Ricardo Strul<br>Yachting Promotions, Inc.<br>1115 NE 9th Avenue<br>Fort Lauderdale, Florida 33304<br>954.764.7642 | X | |
| 6. | Any witnesses needed for rebuttal or impeachment | | X |
| 7. | All witnesses listed by Plaintiff, subject to Defendants' objections thereto | | |

Defendant reserves the right to alter and/or supplement this witness list prior to trial.

Defendant reserves the right to call as rebuttal and/or impeachment witnesses persons not named herein.

Defendant reserves the right to present the testimony of a witness by deposition should the witness be unavailable at the time of trial.

Defendant also reserves the right to present a records custodian as a witness.

Dated this 21st day of February, 2017.

                                        Respectfully submitted,

*/s/Jennifer Monrose Moore*
JENNIFER MONROSE MOORE
Florida Bar Number 035602
E-mail: jennifer.moore@ogletreedeakins.com
INA F. CRAWFORD
Florida Bar Number 117663
E-mail: ina.crawford@ogletreedeadins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
100 North Tampa Street, Suite 3600
Tampa, Florida  33602
Telephone: 813.289.1247
Facsimile: 813.289.6530

*Counsel for Defendants Yachting Promotions, Inc. and Robert Correa*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 21, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*/s/ Jennifer Monrose Moore*
Attorney

## SERVICE LIST

Joshua H. Sheskin
Neil Tobak
Jamie H. Zidell
Rivka F. Jaff
Stephen M. Fox, Jr.
Allison Morgado
J.H. ZIDELL, P.A.
300 71st Street, Suite 605
Miami Beach, Florida 33141

jsheskin.jhzidellpa@gmail.com
ntobak.zidellpa@gmail.com
zabogado@aol.com
rivkah.jaff@gmail.com
stephen.fox.esq@gmail.com
amorgado@coronapa.com

(Counsel for Plaintiff)
*via CM/ECF Electronic Notification*

28344407.1